No. 05–103. ZOLLINO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–104. TREMBLE v. BULLOCH COUNTY SCHOOL DISTRICT ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–105. UBEROI v. CITY OF BOULDER, COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–108. INDUSTRIAL TECHNOLOGIES, INC. v. CAPITAL ALLIANCE INSURANCE CO., INC., ET AL. Sup. Ct. Ala. Certiorari denied.

No. 05–109. IVEY, TRUSTEE FOR THE BANKRUPTCY ESTATE OF J. G. FURNITURE GROUP, INC. v. GREAT-WEST LIFE & ANNUITY INSURANCE CO. C. A. 4th Cir. Certiorari denied.

No. 05–110. TUSANEZA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–112. FINNEGAN v. DE FRANCISCO ET AL. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 05–113. FINNEGAN v. DE FRANCISCO ET AL. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 05–114. HOLLIS-ARRINGTON v. FANNIE MAE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 05–115. RYAN v. PALMATEER, SUPERINTENDENT, OREGON STATE PENITENTIARY. Sup. Ct. Ore. Certiorari denied.

No. 05–116. JOHNSTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–120. GOODHEART v. DUMONT. C. A. 9th Cir. Certiorari denied.

No. 05–123. SUPERIOR PROTECTION, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.